UNITED STATES DISTRICT COURT
District of Maine

NICHOLAS GLADU, )
)
    Plaintiff )
)
v. ) No. 1:18-cv-00275-GZS
)
GARY WALTZ, et al., )
)
    Defendants )
)

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 22, 2019, his Recommended Decision (ECF No. 85). Plaintiff filed his Objection to the Recommended Decision (ECF No. 96) on June 10, 2019. The Defendants Josh Black, Casey Chadwick and Gary Waltz filed a Response to Plaintiff's Objection to the Recommended Decision (ECF No. 112) on June 24, 2019.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that Defendant's Motion for Preliminary Injunction (ECF No. 59) is hereby **DENIED**.

          /s/George Z. Singal_____
          U.S. DISTRICT JUDGE

DATE: June 26, 2019