## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **NICHOLAS A. GLADU,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   No.   1:18-cv-275-GZS |
| | ) |
| **GARY WALTZ, et als.** | ) |
| | ) |
| **Defendants** | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 223) filed March 11, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Voluntarily Dismissal of Certain Claims (ECF No. 206) is hereby **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　/s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 10th day of June, 2020.